1IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE-SHELBY DIVISION
NO. 1:08-cv-460

| | | |
|---|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER FOR ENTRY OF DEFAULT** |
| CONSTRUCTION ADVANTAGE, INC., JAMES H. OGLE, DONNA J. McDANIEL, and ELIZABETH J. EVANS, | ) ) ) ) | |
| Defendants. | ) ) | |

1    Upon Plaintiff's Request for Entry of Default against Defendant Donna J. McDaniel

and because Defendant Donna J. McDaniel has failed to appear, plead, or otherwise

defend this civil action, default is entered against Defendant Donna J. McDaniel pursuant

to Rule 55(a) of the Federal Rules of Civil Procedure.

This the   20th   day of January, 2009.


_____ s/Tammy H. Hightower
Clerk, U.S.D.C., W.D.N.C.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system. The system will send notification of the filing to the following attorneys of record:

E. Thomison Holman, Esq.
Adams Hendon Carson Crow & Saenger, P.A.
72 Patton Avenue
Asheville, NC 28801
tholman@adamsfirm.com
*Attorneys for Defendants Construction Advantage, Inc.*
   *And James H. Ogle*

Gene B. Johnson, Esq.
Johnson Law Firm, P.A.
Post Office Box 1288
Arden, NC 28704
gbj@johnsonlawnc.com
*Attorneys for Elizabeth J. Evans*

I also hereby certify that I served the foregoing pleading upon the following party by mailing a copy thereof to her attorney at the address indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, in accordance with Rule 5 of the Federal Rules of Civil Procedure.

Anthony S. Privette, Esq.
Pope McMillan Kutteh Privette Edwards & Schieck, P.A.
113 North Center Street, Suite 200
Statesville, NC 28677
aprivette@popemcmillan.com
*Attorneys for Donna J. McDaniel*

This the 16th day of January, 2009.



BY: */s/  M a t t h e w   C .   B o u c h a r d*
_____
_____
_____
_____
   Matthew C. Bouchard
   N.C. State Bar No. 35995