UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08-CV-460-GCM

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br>CONSTRUCTION ADVANTAGE, INC.,<br>    Defendant. | **ORDER** |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **March 22, 2010 at 10:00 a.m.**.

**SO ORDERED**.

Signed: October 8, 2009

Graham C. Mullen
United States District Judge