UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08-CV-460-GCM

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY,<br>　　　　　Plaintiff,<br>v.<br><br>CONSTRUCTION ADVANTAGE, INC.,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　　**ORDER**<br>)<br>)<br>) |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **March 22, 2010 at 10:00 a.m.**.

**SO ORDERED**.

　　　　　　　　　　　　　　　Signed: October 8, 2009

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　　United States District Judge